

**SO ORDERED.**
**SIGNED this 13th day of October, 2022**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

In re:

| | | |
|---|---|---|
| ROBERT E. SPARKS | ) | Case No. 3:21-BK-31979-SHB |
| | ) | Chapter 7 |
| Debtor. | ) | |

### ORDER APPROVING SALE OF REAL PROPERTY

On or about September 14, 2022, the Chapter 7 Trustee, F. Scott Milligan, filed a Motion to Sell Real Property and Notice of Sale pursuant to 11 U.S.C. §363 and Federal Rules of Bankruptcy Procedure 2002 and 6004.  In the Motion, the Trustee proposed to sell the debtor's survivorship interest in real property located at 1205 Wembly Court, Knoxville, TN 37922, to creditor Mark W. Russell.  The Motion was served on all creditors and parties in interest required to receive notice.  There being no objections filed to the Trustee's Motion, and it otherwise appearing to the Court that the Motion is proper, it is therefore

ORDERED that the Trustee's sale of the debtor's survivorship interest in real property identified herein to Mark W. Russell for $4,000.00 is approved.  It is further ORDERED that said sale will be subject to all existing mortgages, taxes and other liens,

if any, against the property and will be "AS IS" and "WITHOUT WARRANTY."

# # #

APPROVED FOR ENTRY:

/s/ F. Scott Milligan
F. Scott Milligan, BPR. No. 13886
PO Box 12266
Knoxville, TN 37912
865-659-8543
Attorney for Trustee

CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2022, a true and correct copy of the foregoing Order has been served upon the following by electronic mail and/or (ECF).

    Tiffany Dilorio, Attorney for US Trustee
    Cynthia T. Lawson, Attorney for Debtor

The following have been served below by placing a copy thereof, first class postage prepaid, hand delivery, or facsimile.

(Sparks mailing matrix attached.)

    Robert E. Sparks
    1205 Wembly Court
    Knoxville, TN 37922

    /s/ F. Scott Milligan
    F. Scott Milligan